[No. 43735-0-II.  Division Two.  June 17, 2014.]

RAYNA MATTSON, *Appellant*, v. AMERICAN PETROLEUM
ENVIRONMENTAL SERVICES, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-2-09015-8, Garold E. Johnson, J., entered
June 8, 2012. *Affirmed* by unpublished opinion per Bjorgen,
A.C.J., concurred in by Hunt and Maxa, JJ.

[No. 43819-4-II.  Division Two.  June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL PATRICK
FARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 11-1-01224-7, Rich Melnick, J., entered August
2, 2012. *Remanded with instructions* by unpublished opin-
ion per Maxa, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[Nos. 43987-5-II; 45047-0-II.  Division Two.  June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ANTHONY
FITZGERALD, *Appellant*.

Appeals from a judgment of the Superior Court for Thurs-
ton County, No. 12-1-00443-2, Gary R. Tabor, J., entered
September 25, 2012. *Affirmed* by unpublished opinion per
Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 44075-0-II.  Division Two.  June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. COREAN BARNES,
*Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 08-1-00340-9, Kenneth D. Williams, J.,
entered October 16, 2012. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Maxa, J., con-
curred in by Bjorgen, A.C.J., and Lee, J.